FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUL 20 PM 1:14

Keith E. Hottle
KEITH E. HOTTLE, CLERK

JOHN E. RODARTE Sr.
TDCJ # 1263270
CLEMENTS UNIT
9601 SPUR 591,
AMARILLO TEXAS 79107

FOURTH COURT OF APPEALS
OFFICE OF THE CLERK
300 DOLOROSA ST., # 3200
SAN ANTONIO TEXAS 78205-3037

TEXAS ATTORNEY GENERAL
ATTN: JASON T. CONTRERAS,
ASSISTANT ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN TEXAS 78711-2548

JULY 15, 2015

RE: CAUSE NO. APPEAL # 04-14-00922-CV, TRIA. NO. 2010-CI-12625, RODARTE Sr. Vs. TEXAS DEPT. OF FAMILY AND PROTECTIVE SERVICES, ADDITIONAL CASE CITE, TO SUPPORT ACCRUE, DISCOVERY RULE, FRAUDULENT CONCEALMENT.

DEAR MR. CONTRERAS, MR. HOTTLE:

PLEASE EXCUSE MY LATE SUBMISSION AND MY APOLOGY FOR DOING SO. THEREFORE, I WILL TRULY UNDERSTAND, IF MY SUBMISSION IS NOT ALLOWED. THE CASE I AM SUBMITTING, IS PONDER M.D. Vs. ~~BRICE~~ BRICE & MANKOFF, 889 S.W. 2nd. 637. THIS HELPS SUPPORT KIZER Vs. MLAW, 228 S.W. 3rd. 384, AND THE OTHER CASES AS WELL. PONDER M.D., ALSO HELPS SUPPORT FRAUDULENT CONCEALMENT, THIS MAY APPEAR NOT SO MUCH, AS A FIRST IMPRESSION, BUT, WHEN IT IS COMPARED TO THE SIMPLE FACT, THAT IN ANOTHER CASE NOT MENTIONED HERE, THAT, UPON COUNSEL FOR THE DEFENDANT(S), APPELLEES, MR. CONTRERAS, WHILE TEXAS LAW EXISTED FOR THE ALLOWANCE OF THE 1995 CASE FILE BY CPS, MR. CONTRERAS, OPTED TO APPLY TEXAS LAW, THAT WOULD DENY ME ACCESS. THEREFORE, WITH THE DISCOVERY OF LAWFUL SHORT-COMINGS BY CPS, TO PROTECT JOHN Jr & HAWKE RODARTE ON DECEMBER 29, 1995, WHEN THERE WERE OUTCRIES, IT MUST BE SEVERELY QUESTIONED, WHY THE TEXAS ATTORNEY GENERAL FAILED TO FOLLOW THROUGH, EVEN NOW, TO PUBLICALLY ADDRESS & CORRECT THIS MALADAY, OR AT LEAST TO MY SONS AND TO ME.

T.R. L.R.
07/15/2015

RESPECTFULLY DONE,

John E. Rodarte Sr.
T.D.C.J.# 1263270
Clements Unit
9601 Spur 591
Amarillo,Texas 79107-9606

LEGAL MAIL

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUL 20 PM 1: 14
Keith E. Hottle
KEITH E. HOTTLE, CLERK

AMARILLO TX 791
15 JUL 2015 PM 2 L

FOREVER USA

FOURTH COURT OF APPEALS
OFFICE OF THE CLERK, KEITH HOTTLE
300 DOLOROSA ST., SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

78205=3037